NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSATLANTIC LINES, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5130

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00689-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**JUDGMENT**

---

MICHAEL JOSEPH, Blank Rome LLP, Washington, DC, argued for plaintiff-appellant. Also represented by PAUL MARK HONIGBERG, ALEX BLANTON, KENDRA P. NORWOOD.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 11, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court